DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DERRON ALLEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-906

[August 29, 2019]

Appeal of order denying 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 2011CF003851AMB.

Adam Farkas of Farkas & Crowley, P.A., West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***